OTTO LOWY, respondent,

*v.*

WILLIAM V. MCMENIMEN, defendant, and LOWY LABORA-
TORY, incorporated, a corporation, appellant.

[Decided May 10th, 1923.]

On appeal from a decree of the court of chancery advised
by Vice-Chancellor Backes, whose opinion is reported in
*94 N. J. Eq. 75.*

For the appellant, *Gaede & Gaede.*

For the respondent, *Frank E. Bradner.*

PER CURIAM.

The decree appealed from will be affirmed, for the reasons
stated in the opinion filed in the court below by Vice-Chan-
cellor Backes.

*For affirmance*—THE CHIEF-JUSTICE, SWAYZE, TREN-
CHARD, BLACK, KATZENBACH, WHITE, HEPPENHEIMER,
GARDNER, VAN BUSKIRK—9.

*For reversal*—PARKER, BERGEN, KALISCH—3.